UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 22-1686-SPG-PD | Date | January 25, 2024 |
|---|---|---|---|
| Title | Elke Schletz-Walther et al v. The Consulate General of the State of Kuwait | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) ORDER

The docket reflects that Plaintiff is not actively pursuing this matter. Pursuant to the order filed at ECF No. 51, Plaintiff's request for enlargement of time was granted and Plaintiff was ordered to execute service of process on Defendant H.E. Faisal Ibrahim Al Houli using the appropriate channels by April 4, 2023.[1] Plaintiff dismissed Defendant Al Houli on March 31, 2023.

Beginning on February 2, 2023, Plaintiff began filing requests for foreign service on the Consulate General of the State of Kuwait. *See* (ECF No. 52). To date, plaintiff has filed three Requests for Foreign Service on the Consulate General of the State of Kuwait in Los Angeles. *See* (ECF Nos. 52, 57, 59). Each request was followed by the Notice of Service Pursuant to Local Rule 4-5. (ECF Nos. 53, 58, 60). The docket represents no other activity, and no activity since November 28, 2023.
//
//
//
//

By February 8, 2024, Plaintiff must file a Status Report, not to exceed two pages, setting forth the current status of the litigation; *or* file a notice of dismissal and proposed order.

**IT IS SO ORDERED**.

---

[1] The Court notes that the December 2022 Order and docket appear to contain a typographical error, ordering service by April 4, 2022, rather than April 4, 2023.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 22-1686-SPG-PD | Date | January 19, 2024 |
|---|---|---|---|
| Title | Elke Schletz-Walther et al v. The Consulate General of the State of Kuwait | | |

:

Initials of Preparer   pg